UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAMPANA FERNANDO,
       Petitioner,

v.

JOHN ASHCROFT, et al.,
       Respondents.

CIVIL ACTION
NO. 04-12085-JLT

ORDER OF DISMISSAL

TAURO, D.J.

In accordance with this Court's order dated September 30, 2004, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date September 30, 2004

(noticeofdismissal.wpd - 12/98)                                                                                                [odism.]